UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL AUSTIN,<br><br>               Plaintiff,<br>      vs.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 12-9041 DDP (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: May 15, 2014

                                                HON. DEAN D. PREGERSON<br>                                                UNITED STATES DISTRICT JUDGE