1
2
3
4
5
6
7
8
9                         UNITED STATES DISTRICT COURT

10                       CENTRAL DISTRICT OF CALIFORNIA

11

12   RUSSELL AUSTIN,                    )  Case No. CV 12-9041 DDP (MRW)

13                    Plaintiff,        )
                                        )
14           vs.                        )  JUDGMENT
                                        )
15   CAROLYN W. COLVIN,                 )
     Commissioner of Social Security,   )
16                                      )
                     Defendant.         )
17   _____        )

18         Pursuant to the Order Accepting Findings and Recommendations of the

19   United States Magistrate Judge,

20         IT IS ADJUDGED that the decision of the Administrative Law Judge is

21   AFFIRMED.  Judgment is hereby entered in favor of Defendant.

22

23

24   DATE: May 15, 2014         _____

25                              HON. DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE
26

27

28